PAUL S. PADDA, ESQ. *(NV Bar #10417)*
Email: *psp@paulpaddalaw.com*
JOSHUA Y. ANG, ESQ. *(NV Bar #14026)*
Email: *ja@paulpaddalaw.com*
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LACY L. THOMAS, individually;<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT S. MITCHELL; an individual, CLARK COUNTY, NEVADA; CLARK COUNTY DISTRICT ATTORNEY'S OFFICE; "DOES' 1 THROUGH 10,<br><br>Defendants. | CASE NO.: 2:18-cv-01615-RFB-VCF |

### STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS
*(Second Request)*

Pursuant to Federal Rules of Civil Procedure 6(b), to the Court's Local Rules of Civil Practice ("LRCP") 7-1 and 26-4, and to the Court's Local Rules- Introduction ("LR-IA") 6-1 and 6-2, the parties respectfully request by stipulation that the Court extend the current deadline for Plaintiff to respond to Defendants' "Motion For Partial Judgment On The Pleadings (ECF No. 10)" from the current deadline of January 17, 2019, up to and until January 25, 2019. This is the second such request for an extension of time.

This stipulation has become necessary because Plaintiff's counsel has been extremely

1

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

busy with preparations for a trial in state court scheduled to commence early next month. The parties in this matter stipulate and agree that this stipulation for the short extension of time requested herein is warranted, and that there is there is good cause for it.

In light of the foregoing, the parties respectfully request that the Court approve this stipulation and permit the Plaintiff up to and until January 25, 2019 to file a response to Defendants' "Motion For Partial Judgment On The Pleadings (ECF No. 10).".

**IT IS SO STIPULATED:**

Respectfully submitted by:

PAUL PADDA LAW, PLLC

  /s/JoshuaYAng
PAUL S. PADDA, ESQ.
JOSHUA Y. ANG, ESQ.
4560 South Decatur Boulevard, Suite 600
Las Vegas, Nevada 89103

*Attorneys for Plaintiff*

Dated: January 16, 2019

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

  /s/ ThomasDDillard
THOMAS D. DILLARD, ESQ.
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129

*Attorney for Defendants*

Dated: January 16, 2019

**IT IS SO ORDERED:**

Based on the parties' foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED, that the time for Plaintiff to file a response to Defendants' "Motion For Partial Judgment On The Pleadings (ECF No. 10)" is extended from the current deadline of January 17, 2019, up to and until January 25, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 17th day of January, 2019.

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and the Court's Local Rules, the undersigned hereby certifies that on this day, January 16, 2019, a copy of the foregoing document was served upon all registered parties and their counsel through the Court's electronic filing system (CM/ECF).

/S/
An Employee of Paul Padda Law, PLLC

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940