PAUL S. PADDA, ESQ. *(NV Bar #10417)*
Email: *psp@paulpaddalaw.com*
JOSHUA Y. ANG, ESQ. *(NV Bar #14026)*
Email: *ja@paulpaddalaw.com*
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LACY L. THOMAS, individually;<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT S. MITCHELL; an individual, CLARK COUNTY, NEVADA; CLARK COUNTY DISTRICT ATTORNEY'S OFFICE; "DOES' 1 THROUGH 10,<br><br>Defendants. | CASE NO.: 2:18-cv-01615-RFB-VCF |

## SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS
*(Third Request)*

Pursuant to Federal Rules of Civil Procedure 6(b), to the Court's Local Rules of Civil Practice ("LRCP") 7-1 and 26-4, and to the Court's Local Rules- Introduction ("LR-IA") 6-1 and 6-2, the parties respectfully request by stipulation that the Court extend the time for Plaintiff to respond to Defendants' "Motion For Partial Judgment On The Pleadings (ECF No. 10)" from the current deadline of January 25, 2019, up to and until February 1, 2019. This is the third such request for an extension of time.

This stipulation has become necessary because Plaintiff's counsel has unexpectedly had

1

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

to cover several depositions, which has taken up an inordinate amount of time in the past week. The parties in this matter stipulate and agree that this stipulation for the short extension of time requested herein is warranted, and that there is there is good cause for it.

In light of the foregoing, the parties respectfully request that the Court approve this stipulation and permit the Plaintiff up to and until February 1, 2019 to file a response to Defendants' "Motion For Partial Judgment On The Pleadings (ECF No. 10)."

**IT IS SO STIPULATED:**

Respectfully submitted by:

| | |
|---|---|
| PAUL PADDA LAW, PLLC | OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI |
| /s/JoshuaYAng | /s/ ThomasDDillard |
| PAUL S. PADDA, ESQ. | THOMAS D. DILLARD, ESQ. |
| JOSHUA Y. ANG, ESQ. | 9950 West Cheyenne Avenue |
| 4560 South Decatur Boulevard, Suite 600 | Las Vegas, Nevada 89129 |
| Las Vegas, Nevada 89103 | |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |
| Dated: January 24, 2019 | Dated: January 24, 2019 |

**IT IS SO ORDERED:**

Based on the parties' foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED, that the time for Plaintiff to file a response to Defendants' "Motion For Partial Judgment On The Pleadings (ECF No. 10)" is extended from the current deadline of January 25, 2019, up to and until February 1, 2019.

_____
THE HONORABLE RICHARD F. BOULWARE;
UNITED STATES DISTRICT JUDGE

Dated this  29th  day of   January   , 2019.

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and the Court's Local Rules, the undersigned hereby certifies that on this day, January 24, 2019, a copy of the foregoing document was served upon all registered parties and their counsel through the Court's electronic filing system (CM/ECF).

/S/
An Employee of Paul Padda Law, PLLC