**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

LACY L. THOMAS,

    Plaintiff,

vs.

SCOTT S. MITCHELL; an individual, CLARK COUNTY, NEVADA; CLARK COUNTY DISTRICT ATTORNEY'S OFFICE; "DOES' 1 THROUGH 10,

    Defendants.

2:18-cv-01615-RFB-VCF

**ORDER**

    Before the Court is Plaintiff's Motion to Recaption the Case and for Leave to File First Amended Complaint (ECF No. 42).

    Defendant filed a non-opposition to Plaintiff's motion. (ECF NO. 43).

    Accordingly,

    IT IS HEREBY ORDERED that the Plaintiff's Motion to Recaption the Case and for Leave to File First Amended Complaint (ECF No. 42) is GRANTED.

    Plaintiff must file the First Amended Complaint (ECF NO. 42-1) on or before August 24, 2021.

    DATED this 16th day of August, 2021.

    CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE