PAUL S. PADDA, ESQ. *(NV Bar #10417)*
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LACY L. THOMAS,

        Plaintiff,

vs.

CLARK COUNTY, NEVADA,

        Defendant.

Case No. 2:18-cv-1615-RFB-VCF

**JOINT STIPULATION TO EXTEND BRIEFING DEADLINES**

**(First Request For Extension)**

Pursuant to Federal Rule of Civil Procedure 6 and the Court's Local Rules of Civil Practice ("Local Rule") LR 7-1, Defendant and non-party Estate of Lacy L. Thomas hereby stipulate to permit the Estate additional time to (1) file a reply to Defendant's opposition (ECF No. 54) to the Estate's motion to substitute parties (ECF No. 53) and (2) respond to the pending motion to dismiss filed by Defendant (ECF No. 56).

In support of this stipulation, the parties rely upon the following:

Suggestion of Lacy Thomas' death was filed on December 3, 2021. ECF No. 51. Subsequently, Mr. Thomas' widow, Henrene Thomas, filed a motion on May 18, 2022 as the Special Administrator of his Estate to substitute the Estate for Mr. Thomas in this action. ECF No. 53. Defendant filed a response/opposition on June 1, 2022. ECF No. 54. However, the Clerk's Office rejected the filing on the grounds that it requested a form of relief that required a

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

separate motion and, on that basis, Defendant later filed a separate motion to dismiss.  ECF No. 56.  While the Estate's reply to Defendant's response to its motion to substitute was due on June 8, 2022, due to confusion over the initial rejection of the response by Defendant and failure by undersigned counsel's office to properly calendar the June 8, 2022 deadline, undersigned counsel failed to timely file a reply brief.  The parties have communicated regarding this matter and agree that good cause/excusable neglect warrant permitting the Estate additional to file a reply.  Also, because of undersigned counsel for the Estate's caseload, additional time will be needed to file a response to the motion to dismiss.  In light of the foregoing, the parties stipulate that the Estate should be permitted to file both a reply and a response on or before June 23, 2022.

The parties respectfully request that, based upon good cause and/or excusable neglect, the Court approve this stipulation and permit the Estate to file a reply to Defendant's response to its motion to substitute parties and a response to Defendant's motion to dismiss on or before June 23, 2022.

Respectfully submitted,

/s/ *Thomas D. Dillard*                             /s/ *Paul S. Padda*
_____                    _____
Thomas D. Dillard, Esq.                          Paul S. Padda, Esq.
9950 West Cheyenne Avenue                4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada  89129                    Las Vegas, Nevada  89103
Tele: (702) 384-4012                              Tele: (702) 366-1888

Attorney for Defendant                          Attorney for Estate of Lacy L. Thomas
Clark County, Nevada

Dated: June 13, 2022                              Dated: June 13, 2022

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court
**DATED:**  June 17, 2022.

2