# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ESTATE OF LACY LLOYD THOMAS,

        Plaintiff(s),

v.

CLARK COUNTY, NEVADA,

        Defendant(s).

2:18-cv-1615-RFB-VCF

**<u>ORDER</u>**

Before the Court is Plaintiff's Discovery Plan & Proposed Scheduling Order (ECF No. 69).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on Plaintiff's Discovery Plan & Proposed Scheduling Order (ECF No. 69), is scheduled for 1:00 PM, August 25, 2022, in Courtroom 3D.

DATED this 18th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE