UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LACY L. THOMAS, | Case No. 2:18-cv-01615-RFB-VCF |
| Plaintiff(s), | |
| vs. | ORDER |
| MITCHELL, *et al.*, | |
| Defendant(s). | |

    Due to a clerical error, the Court inadvertently granted the [67] Motion for Permission to Practice Pro Hac Vice by Michael Humphreys. The Court finds that Mr. Humphreys is a resident of Nevada and employed by a Nevada firm. As such, he is ineligible to appear pro hac vice in this matter pursuant to Local Rule IA 11-2(a).

    IT IS THEREFORE ORDERED that the [68] Order Granting [67] Verified Petition is STRICKEN from the Court's docket.

    IT IS FURTHER ORDERED that the [67] Motion/Verified Petition for Permission to Practice Pro Hac Vice by Michael Humphreys is DENIED.

    DATED this 19th day of August, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATE DISTRICT JUDGE