UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| The Estate of Lacy Lloyd Thomas,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Clark County, et al.,<br><br>　　　　　Defendant. | Case No. 2:18-cv-01615-CDS-VCF<br><br>**ORDER** |

On August 25, 2022, I ordered the parties to file a discovery plan/scheduling order within twenty days after Judge Silva's decision regarding the defendant's objection. ECF No. 74. On March 20, 2023, Judge Silva overruled the defendant's objection and adopted my report and recommendation. The parties have not filed a discovery plan/scheduling order.

ACCORDINGLY,

I ORDER that the parties have until Thursday, October 12, 2023 to file a discovery plan/scheduling order. Failure to do so may result in sanctions against both parties.

IT IS SO ORDERED.

DATED this 29th day of September 2023.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE