PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
ROBERT J. KERN, ESQ. (NV Bar #10104)
Email: rkern@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ESTATE OF LACY LLOYD THOMAS,

    Plaintiff,

vs.

CLARK COUNTY, NEVADA,

    Defendant.

Case No. 2:18-cv-1615-CDS-MDC

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

**(FIRST REQUEST)**

Pursuant to Federal Rules of Civil Procedure ("FRCP") 6 and 16(b)(4), as well as the Court's Local Rule of Civil Practice 26-3, the parties hereby jointly submit this Stipulation to extend the current discovery cut-off deadline of April 19, 2024 by 60-days or until June 18, 2024. For the reasons set forth below, this Stipulation is supported by good cause and the parties respectfully request that it be approved.

## DISCOVERY COMPLETED TO DATE

The parties filed a proposed Discovery Plan on October 12, 2023. ECF No. 81. The Court approved that plan and issued a Scheduling Order on October 16, 2023. ECF No. 82.

1

This is the parties' first request for an extension of time since the issuance of the Scheduling Order. To date, the following has been completed in this case:

1. Defendant Clark County has taken the deposition of Plaintiff.
2. Plaintiff has responded fully to Clark County, Nevada's written discovery as well as the discovery propounded by the other defendants that have since been dismissed from this case.
3. Plaintiff has propounded written discovery upon Defendant Clark County, Nevada.
4. Both parties have both made initial and supplemental disclosures.
5. Plaintiff, with leave of Court, filed an Amended Complaint.

### DISCOVERY REMAINING TO BE COMPLETED

The discovery that remains to be completed in this matter includes some additional written discovery and the depositions of various witnesses, some of whom include employees of the Clark County District Attorney's Offices who have busy schedules that will require additional coordination.

### REASONS REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME SET BY THE CURRENT DISCOVERY PLAN

The parties are requesting a short extension of the discovery period in order to accommodate the busy schedules of undersigned counsel. For instance, counsel for Defendant Clark County has several litigation deadlines in the coming weeks and undersigned counsel, who was newly assigned to this case and is currently reviewing all filings, is expected to assist Paul S. Padda, Esq. (his co-counsel) with a 3-week medical malpractice trial commencing on April 15, 2024. See Estate of Edwin Myers, et. al. v. Prime Healthcare, Inc., et. al., Clark County District

2

Court, Case No. A-18-786272-C (Dept. 19). That trial was originally expected to commence approximately 3-weeks ago but was postponed which now affects the time Plaintiff's counsel has to complete discovery in this case. Given these facts, the parties respectfully request that the Court approve this short extension of time.

### PROPOSED DISCOVERY SCHEDULE

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off: | April 19, 2024 | **June 18, 2024** |
| Dispositive Motions: | May 20, 2024 | **July 18, 2024** |

The parties represent that this Stipulation is entered into in good faith and not for the purpose of undue delay. Should the Court deem a conference necessary, counsel for the parties will make themselves available.

DATED this 28th day of March, 2024.

Respectfully submitted,

/s/ *Thomas D. Dillard*          /s/ *Robert J. Kern*

Thomas D. Dillard, Esq.          Robert J. Kern, Esq.
9950 West Cheyenne Avenue        4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89129          Las Vegas, Nevada 89103
Tele: (702) 384-4012             Tele: (702) 366-1888

Attorney for Defendant           Attorney for Plaintiff
Clark County, Nevada

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/1/24

3

| | |
|---|---|
| **From:** | Tom Dillard |
| **To:** | Robert Kern |
| **Cc:** | Jessica Kaufman |
| **Subject:** | RE: Proposed Stip |
| **Date:** | Friday, March 29, 2024 11:17:17 AM |
| **Attachments:** | image002.png |

Robert,

You may file the document with my electronic signature.

Thomas D. Dillard, Jr., Esq., Shareholder
Olson Cannon Gormley & Stoberski
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
PH: 702-384-4012
FX: 702-383-0701

**Privileged and Confidential**
This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information.  Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited.  This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski for any loss of damage arising in any way from its use.  If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email.

**From:** Robert Kern <rkern@paulpaddalaw.com>
**Sent:** Thursday, March 28, 2024 6:55 PM
**To:** Tom Dillard <tdillard@ocgas.com>
**Subject:** Proposed Stip

Hi Tom,
Sorry about my confusion.
Attached is a proposed stip – please let me know if I can add your signature.

# Robert J. Kern, Esq.

PAUL PADDA LAW, PLLC
4560 South Decatur Blvd, Suite 300
Las Vegas, Nevada 89103

(702) 366-1888





**CONFIDENTIALITY NOTICE:** The information in this electronic mail communication contains confidential information which is the property of the sender and may be protected by the attorney-client privilege and/or attorney work product doctrine. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized by the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this e-mail transmission or the taking or omission of any action in reliance thereon or pursuant thereto, is prohibited, and may be unlawful. If you received this e-mail in error, please notify us immediately of your receipt of this message by e-mail and destroy this communication, any attachments, and all copies thereof. Thank you for your cooperation.