PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
ROBERT J. KERN, ESQ. (NV Bar #10104)
Email: rkern@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF LACY LLOYD THOMAS,<br><br>         Plaintiff,<br><br>     vs.<br><br>CLARK COUNTY, NEVADA,<br><br>         Defendant. | Case No. 2:18-cv-1615-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(THIRD REQUEST)** |

Pursuant to Federal Rules of Civil Procedure ("FRCP") 6 and 16(b)(4), as well as this Court's Local Rule of Civil Practice 26-3, the parties hereby jointly submit this Stipulation to extend the current discovery deadline of August 19, 2024 by 28-business days or until September 27, 2024 (Friday). For the reasons set forth below, this Stipulation is supported by good cause and extraordinary reasons. The parties respectfully request that it be approved.

. . .

. . .

. . .

. . .

1

## DISCOVERY COMPLETED TO DATE

1. Both parties have made initial and supplemental disclosures.

2. Defendant Clark County has taken the deposition of Plaintiff.

3. Defendant Clark County has deposed one of Plaintiff's expert witnesses and is expected to depose the remaining two experts for Plaintiff within the next 30-days.

4. Plaintiff has responded fully to Clark County, Nevada's written discovery as well as the discovery propounded by the other defendants that have since been dismissed from this case.

5. Plaintiff has propounded written discovery upon Defendant Clark County, Nevada.

6. Plaintiff has retained three expert witnesses in this case.

7. Plaintiff, with leave of Court, has filed an Amended Complaint.

8. Plaintiff has disclosed all of its expert witnesses.

9. Plaintiff has deposed former Defendant Scott Mitchell.

## DISCOVERY REMAINING TO BE COMPLETED

The discovery that remains to be completed in this matter includes the depositions of various fact and expert witnesses, some of whom include employees of the Clark County District Attorney's Offices who have busy schedules that will require additional coordination. Additionally, Defendant needs to depose Plaintiff's expert witnesses.

. . .

. . .

2

Estate Of Lacy Lloyd Thomas v. Clark County, Nevada
United States District Court for the District of Nevada; Case No. 2:18-cv-1615-CDS-MDC
*Stipulation To Extend Discovery Deadlines (3rd Request)*
PPL# 200947-12-02

## REASONS REMAINING DISCOVERY CANNOT BE COMPLETED
## WITHIN THE TIME SET BY THE CURRENT DISCOVERY PLAN

When the parties filed their last request for additional time, they represented to the Court that they did not anticipate seeking another extension absent extraordinary circumstances. That being said, because of extraordinary circumstances affecting Plaintiff's counsel's business operations, this third request to extend discovery deadlines is necessary.

Plaintiff's counsel notified counsel for Defendant yesterday that his firm is currently without any paralegal support at the present time which is adding significant and additional work to undersigned counsel who is required to balance numerous competing case commitments. Specifically, the paralegal that was working on this matter was required, within the last week, to be hospitalized due to an early pregnancy and is expected to be away from the office for the next three months. Another paralegal that could have been assigned to this case is no longer with the firm for other reasons. Currently, Plaintiff's counsel is without any paralegal support. While Plaintiff's counsel's law firm is in the process of actively interviewing and hiring additional litigation paralegals, it will not be able to do so immediately, in turn, requiring undersigned counsel to shoulder additional responsibilities while balancing other significant case commitments.

As the Court can hopefully appreciate, support staff play a critical and integral role in law firm operations. While attorneys appear in court, take depositions and write motions, the assistance of paralegals and support staff is invaluable – indeed critical. Without these key and critical assets supporting an attorney, the attorney's role becomes exponentially more difficult and burdensome. Thus, the absence of needed support staff in a law firm, in the opinion of

3

1  undersigned counsel, qualifies as an extraordinary circumstance necessitating a short, 28-
2  business day extension of discovery deadlines.
3      This request is being filed well in advance of the current discovery cut-off deadline of
4  August 19, 2024 so that counsel for the respective parties can organize their schedules and
5  Plaintiff's counsel can balance his other commitments in light of the challenges identified
6
7  above, while continuing to coordinate the completion of discovery in this case..

## PROPOSED DISCOVERY SCHEDULE

In light of the foregoing, the parties request the following schedule be approved:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off: | August 19, 2024 | **September 27, 2024** |
| Dispositive Motions: | September 19, 2024 | **October 28, 2024** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

4

Estate Of Lacy Lloyd Thomas v. Clark County, Nevada
United States District Court for the District of Nevada; Case No. 2:18-cv-1615-CDS-MDC
*Stipulation To Extend Discovery Deadlines (3rd Request)*
PPL# 200947-12-02

PAUL PADDA LAW
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940
www.paulpaddalaw.com

The parties represent that this Stipulation is entered into in good faith and not for the purpose of undue delay.

Dated this 24th day of July 2024.

Respectfully submitted,

/s/ Thomas W. Dillard

Thomas W. Dillard, Esq.
Olson Cannon Gormley & Stoberski
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Tele: (702) 384-4012

*Counsel for Defendant Clark County*

/s/ Paul S. Padda

Paul S. Padda, Esq.
Robert J. Kern, Esq.
Paul Padda Law
4560 South Decatur Blvd., #300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 07-26-24

5

Estate Of Lacy Lloyd Thomas v. Clark County, Nevada
United States District Court for the District of Nevada; Case No. 2:18-cv-1615-CDS-MDC
*Stipulation To Extend Discovery Deadlines (3rd Request)*
PPL# 200947-12-02